UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-415-JMH
*Filed Electronically*

In re: 10454 US Highway 460 East, Wellington, Kentucky 40387

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.

BRANDI J. VOGEL, ET AL                                                          DEFENDANTS

## ENTRY OF DEFAULT

*********

It appearing that the Complaint herein was filed on October 20, 2017; the Defendants, Brandi J. Vogel and the Unknown Spouse of Brandi J. Vogel, have been served via appointment of Warning Order Attorney; Defendant, Federal Home Loan Bank of Cincinnati, has been served by Summons, and that no answer or other pleading has been filed by said defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Brandi J. Vogel, Unknown Spouse of Brandi J. Vogel, and the Federal Home Loan Bank of Cincinnati, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 13th day of June 2018.

ROBERT R. CARR
U. S. DISTRICT COURT CLERK

By: _____
Deputy Clerk

1